# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AERA ENERGY LLC, *ET AL.*   ) | |
| ) | |
| ) | |
| Petitioners   ) | |
| ) | CASE NO.  13-1138 |
| v.   ) | 13-1303 |
| ) | CONSOLIDATED |
| ) | |
| FEDERAL ENERGY REGULATORY   ) | |
| COMMISSION,   ) | |
| ) | |
| Respondent.   ) | |

## NOTICE OF
## <u>SUBSTITUTION OF COUNSEL</u>

Intervenor Kern River Gas Transmission Company hereby requests that the Court make the following changes to the service list in Case No. 13-1138:

Remove the following counsel:

    Frank Xavier Kelly
    Gallagher, Boland and Meiburger, LLP
    818 18th Street, NW
    Suite 800
    Washington, DC 20006-3520

    Steve Stojic
    Gallagher, Boland and Meiburger, LLP
    818 18th Street, NW
    Suite 800
    Washington, DC 20006-3520

Add the following counsel:

>James F. Moriarty
>Locke Lord LLP
>701 8th Street, N.W., Suite 700
>Washington, DC 20001
>(202) 220-6915
>jmoriarty@lockelord.com
>
>Thomas E. Knight
>Locke Lord LLP
>701 8th Street, N.W., Suite 700
>Washington, DC 20001
>(202) 220-6922
>tknight@lockelord.com
>
>Jennifer Brough
>Locke Lord LLP
>701 8th Street, N.W., Suite 700
>Washington, DC 20001
>(202) 220-6965
>jbrough@lockelord.com
>
>Matthew T. Eggerding
>Locke Lord LLP
>701 8th Street, N.W., Suite 700
>Washington, DC 20001
>(202) 220-6977
>meggerding@lockelord.com

An Entry of Appearance form is being filed for the above-referenced counsel.

                                                Respectfully submitted,

| | |
|---|---|
| | */s/ James F. Moriarty* |
| J. Gregory Porter | James F. Moriarty |
| Vice President and General Counsel | Thomas E. Knight |
| John Hutchings | Jennifer Brough |
| Senior Counsel | Matthew T. Eggerding |
| Darla S. Zink | LOCKE LORD LLP |
| Senior Counsel | 701 8th Street, N.W., Suite 700 |
| Kern River Gas Transmission Company | Washington, DC 20001 |
| 2755 E. Cottonwood Parkway | (202) 220-6915 |
| Suite 300 | jmoriarty@lockelord.com |
| Salt Lake City, UT 84121 | tknight@lockelord.com |
| (402) 398-7248 | jbrough@lockelord.com |
| | meggerding@lockelord.com |
| | |
| | Attorneys for Intervenor |

Dated:       March 3, 2014
                  Washington, DC

# CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and the Circuit Rules, I hereby certify that have this 3rd day of March, 2014, served a copy of the foregoing document electronically through the Court's CM/ECF system on all registered counsel and by U.S. mail on:

Mr. Frederick T. Kolb
BP Energy Company
Helios Plaza
201 Helios Way
Houston, TX 77079

Mr. William Michael Rappolt
Andrews Kurth LLP
1350 I Street, NW
Suite 1100
Washington, DC 20005

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ James F. Moriarty
　　　　　　　　　　　　　　　　　　James F. Moriarty